**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 451 EAL 2018 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| BRAHIM SMITH, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of February, 2019, the Petition for Allowance of Appeal

is **GRANTED**.  The issue, as stated by petitioner, is:

> Did not the Superior Court err in finding the evidence sufficient to convict Petitioner for violating 18 Pa.C.S.A. §6105 because he was specifically convicted under §6105(c), and the Commonwealth failed to prove that he was a "fugitive from justice" as that term is meant in §6105(c)?